IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>vs.<br><br>RANGE LAND & CATTLE CO., LLC, and ALEXIS M. PAUL,<br><br>   Defendants. | CV 25-122-M-KLD<br><br>ORDER |

   Defendant Alexis M. Paul has filed an unopposed motion to appear by Zoom at the preliminary pretrial conference set for 11:00 a.m. on November 3, 2025. (Doc. 13). Defendant Range Land & Cattle Co., LLC has also filed an unopposed to participate in the conference by Zoom. (Doc. 14). Accordingly, and good cause appearing,

   IT IS ORDERED that both motions are GRANTED. The preliminary pretrial conference on November 3, 2025, will be conducted entirely via Zoom. The Clerk of Court will notify counsel for all parties via e-mail of the meeting ID

//

//

and password in advance of the conference. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 26th day of September, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judg