IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY, | CV 25-122-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| RANGE LAND & CATTLE CO., LLC, and ALEXIS M. PAUL, | |
| Defendants. | |

Defendant Alexis M. Paul moves for the admission of Ilana Paulette Korchia to practice before this Court in this case with Gary M. Zadick to act as local counsel. (Doc. 36). Ms. Korchia's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Ilana Paulette Korchia pro hac vice is GRANTED on the condition that Ms. Korchia shall do her own work.  This means that Ms. Korchia must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Korchia, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 20th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge