UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RANGE LAND & CATTLE CO., LLC, and ALEXIS M. PAUL,<br><br>Defendant. | Case No. CV-CV 25-122-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Mutual's motion for summary judgment (Doc. 28) is GRANTED, and Paul's cross-motion for summary judgment (Doc. 32) is DENIED.

Dated this 30th day of September, 2026

TYLER P. GILMAN, CLERK

By: /s/ Hailey Jaksha
Deputy Clerk